# Court of Appeals
# of the State of Georgia

ATLANTA, August 26, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0085. DANYALE HARRIS v. THE STATE.**

Danyale Harris was convicted of felony murder and other crimes and sentenced to life in prison. After the trial court denied her motion for new trial, Harris filed the instant appeal. We lack jurisdiction.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); see also *Hart v. State*, __ Ga. __, __ (1) (917 SE2d 631) (Case No. S25A0136, June 24, 2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). Thus, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/26/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*